**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| A.A.F.B.,<br><br>Petitioner,<br><br>v.<br><br>Warden, IRWIN DETENTION CENTER,<br><br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 7:26-cv-245-WLS-AGH<br>28 U.S.C. § 2241 |

**ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on August 26, 2026 (ECF No. 1), and on August 31, 2026, Petitioner paid the filing fee. Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.[1]

**SO ORDERED**, this 1st day of September, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

[1] To the extent that the Court orders a response to Petitioner's habeas application, Petitioner's motion for expedited consideration (ECF No. 2) is granted.